Robert J. Hommel, Bar No. 009725
Robert J. Hommel, P.C.
9304 E. Raintree Drive, Suite 100
Scottsdale, Arizona 85260
Phone: (480) 778-0123 / Fax: (480) 951-5033
rhommel@hommelpc.com
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL and KATHY HANNAPPEL, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>COLORADO CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No. CIV 12-02601-PHX-SRB<br><br>**PLAINTIFFS' RULE 26(a)(3) DISCLOSURE** |

### I.   WITNESSES TO BE CALLED AT TRIAL

**A.   Witnesses Who Will be Called**

1. Michael Hannappel;

2. Kathy Hannappel;

3. George Sarkisov;

4. Kristen Gulstrom, if made available, otherwise to be presented by deposition;

5. Elliott Flood (claim practices);

6. Brian Clymer (workers' compensation mechanics and procedures);

7. Dan Klem

Dan Klem will be called for testimony consistent with his deposition testimony,

concerning his meetings with Mike Hannappel about the injury, his problems on the job physically after the injury, and his conversation with Hannappel about needing to put an engine into his truck.

8. Gina Kaiser

Ms. Kaiser will be called for testimony consistent with her deposition testimony, concerning her communications with Mr. Hannappel, and with Ms. Gulstrom.

**B.   Witnesses Who May be Called**

1. Lisa Lamont;

2. Evan Lederman, M.D.;

3. Sanford Goldstein, PT, CDMS;

4. Dorothy Fune, MS, LPC;

5. Diane Nayhouse;

6. Vanessa Tartaglia-Kean, M.D.
   18275 N. 59th Ave., Suite 162, Bldg. K
   Glendale, Arizona 85308
   602-547-8184

Dr. Tartaglia performed initial treatment to Michael Hannappel following his work related injury, and authored reports related thereto that are in the Defendant's possession. If called, she will testify that based on her treatment of Mr. Hannappel, she diagnosed him with a work related injury to his left shoulder, referred him to an orthopedic consult, and placed him on no duty and light duty work status.

7. Terri Carpenter
   Debbie Stringer
   18275 N. 59th Ave., Suite 162, Bldg. K
   Glendale, Arizona 85308

2

Terri Carpenter is the records custodian at Paseo Family Practice. Debbie Stringer is the front off supervisor. These witnesses may be called to rebut Kristen Gulstrom's allegations that medical records were requested of their practice, and refused. Both witnesses can identify that: they know that a worker's compensation insurance carrier does not need a medical record release to obtain their medical records concerning an industrial patient; their habit and routine, when medical records are requested by an industrial carrier, is to note that request in the patient's chart, and to provide the records; and no such request appears in Hannappel's medical chart.

8.  John J. Kresl, M.D., PhD.
    Phoenix Cyber Knife & Radiation Oncology
    4611 E. Shea Blvd., Suite 120
    Phoenix, Arizona
    602-441-3845

Dr. Kresl was the managing partner of Phoenix Cyber Knife during the time Michael Hannappel performed construction services there. If Michael Hannappel's character for honesty is attacked, Dr. Kresl will be called as a character witness, to testify regarding Michael Hannappel's reputation for reliability and honesty.

9.  Cindy Gross, MAE;

10. Dr. Thomas Nelson (psychiatry);

11. Dr. Robert Bright;

12. Patricia Al Shatti (LMSW Social Worker);

13. Dave Hannappel
    5625 N. 4th Street
    Phoenix, Arizona 85012
    602-339-6684

Dave Hannappel is Mike Hannappel's brother. He will be called to testify that

3

Mike is an industrious worker, and a trustworthy person.

14. Ted Hannappel
7139 W. Rue De La Mar
Peoria, Arizona 85381
602-339-1795

Ted Hannappel is Mike Hannappel's brother. He will be called to testify that Mike is an industrious worker, and a trustworthy person. Ted Hannappel will testify that Mike asked to borrow money from him in the 2012 timeframe.

15. Gary Hannappel
1163 W. Dove Tree Avenue
San Tan Valley, Arizona 85140
602-339-7480

Gary Hannappel is Mike Hannappel's brother. He will be called to testify that Mike is an industrious worker, and a trustworthy person.

16. Debbie Hannappel
P.O. Box 1275
35339 South Pinnacle Place
Black Canyon City, Arizona 85324
602-463-2090

Debbie Hannappel is Mike Hannappel's sister. She can testify regarding the distress Mike Hannappel went through having to fight for insurance benefits, as well as the distress he experienced fighting for benefits at the same time he was diagnosed with cancer.

17. Leslie Rohrdanz

CA
916-390-7140

4

Leslie Rohrdanz is a longtime friend of Kathy Hannappel. She will be called to testify regarding the financial and emotional hardship the Hannappels went through during Colorado Casualty's denial of benefits in 2011 and 2012.

18. Carol Adamo
 26036 N. 11th Avenue
 Phoenix, Arizona 85085
 602-256-4486

Carol Adamo is a longtime friend of Kathy Hannappel. She will be called to testify regarding the financial and emotional hardship the Hannappels went through during Colorado Casualty's denial of benefits in 2011 and 2012.

19. Any witness listed by the Defendant;

20. Any custodian of records necessary to authenticate documents.

## II.   WITNESSES WHOSE DEPOSITION TESTIMONY WILL BE PRESENTED BY DEPOSITION

1. Kristen Gulstrom (by video testimony): 5:9-19, 7:9-25, 8:14-9:14, 10:13-11:10, 11:20-28:1, 28:11-47:2, 47:17-57:8, 58:4-60:14, 61:6-63:8, 63:23-66:18, 68:14-78:16, 80:23-84:23, 86:2-92:1, 92:14-97:1, 97:10-103:17, 105:25-108:10, 109:18-123:16, 123:25-125:19, 126:15-181:6; VOLUME II: 186:11-267:2, 267:18-329:5.

2. Alicia Aros (Rule 30(b)(6)): 4:12-7:13, 9:3-35:19.

## III.   EXHIBITS AT TRIAL

**A.   Exhibits That Will be Offered**

**Documents from Defendants' Claim File**

| EXHIBIT NO. | BATES NO. | DATE | DESCRIPTION |
|---|---|---|---|
|  | CCAS-CF 00001-00002 | 10/27/11 | Fax to Gulstrom – TOCA 10/26/11 |

5

| | | | |
|---|---|---|---|
| 1 | 00003-00004 | 11/09/11 | Hannappel –Doc Request to Gulstrom & Resp |
| 2 | 00005-00006 | 09/30/11 | Hannappel –Tartaglia Progress Note "on job injury" rec'd 10/31/11 |
| 3 | 00007 | 11/03/11 | Hannappel – NCS claim denied |
| 4 | 0008 | 11/03/11 | Corres – Gulstrom to Hannappel RE: denial |
| 5 | 00009-00027 | 10/13/11 | Hannappel – Transcript of Recorded Statement of Michael Hannappel |
| 6 | | 10/13/11 | Recorded Statement of Michael Hannappel Produced by Defendant on 12/10/13 |
| 7 | 00028-00032 | 10/13/11 | Daniel Clem – Transcript of Recorded Statement of Daniel Clem |
| 8 | | 10/13/11 | Recorded Statement of Daniel Clem Produced by Defendant on 12/10/13 |
| 9 | 00033-00039 | 09/28/11 | Kaiser Fax to Gulstrom – Kaiser job description, KCI doors, OT memo, lite duty |
| 10 | 00040 | 09/15/11 | Corres – Kaiser to Hannappel RE: Overtime |
| 11 | 00041 | 09/30/11 | Hannappel – Light Duty |
| 12 | 00042-00043 | 10/17/11 | Fax to Kaiser – Re: Shoulder update off work |
| 13 | 00044 | 09/28/11 | Email cover sheet for time cards and daily logs |
| 14 | 00045 | 10/05/11 | Email- MRI report |
| 15 | 00046-00052 | 09/26/11 | Hannappel – Kaiser Construction Daily Logs |
| 16 | 00053-00054 | 10/11/11 | Hannappel – Tartaglia Progress Note "work related" |
| 17 | 00055-00057 | 10/05/11 | MRI date stamped 10/14/11 |
| 18 | 00058-00059 | 10/13/11 | Hannappel Fax to Gulstrom fax stamped RE: 10 years employment |
| 19 | 00060-00068 | 10/13/11 | Hannappel Fax to Gulstrom Re: Multiple Docts |
| 20 | 00061-00062 | 09/30/11 | Hannappel – Light duty |
| 21 | 00063-00065 | 10/13/11 | Tartaglia – Hannappel MRI |
| 22 | 00066-00068 | 10/13/11 | Kaiser – Job Description: Superintendent |
| 23 | 00069-00070 | 10/14/11 | Hannappel Fax to Gulstrom Re: updated work restrictions (Off Duty) fax stamped |
| 24 | 00071 | 10/13/11 | Hannappel – Gulstrom hand notes |
| 25 | 00075-00084 | 01/06/12 | Fax to Gulstrom – TOCA Records 1/6/12 |

6

| | | | |
|---|---|---|---|
| | 00085 | 01/10/12 | Hannappel – NCS claim approved |
| | 00086 | 01/10/12 | Hannappel – Average Monthly Wage Calculation of Carrier |
| | 00087 | 10/03/11 | Hannappel – Light Duty (2 weeks) |
| | 00088 | 10/14/11 | Hannappel – Off Duty till further Evaluation |
| | 00091-00096 | 01/09/12 | Tartaglia – Records date stamped 01/06/12 |
| | 00096 | 01/09/12 | UPS – Shipment Label |
| | 00102-00105 | 11/08/11 | Tartalglia – Hannappel Progress Note |
| | 00106-00110 | 10/26/11 | TOCA – Hannappel Evaluation |
| | 00111-00119 | 11/14/11 | Hannappel Fax to Sarkisov Re:Kaiser paycheck stubs |
| | 00130-00131 | 01/21/12 | ICA – Notice of Cancellation & Award |
| | 00133-00134 | 01/27/12 | TOCA – Fax Cover Sheet Re: Physical Therapy Autho |
| | 00135-00136 | 01/27/12 | Gateway Surgery Center – Operative Report |
| | 00142-00143 | 01/27/12 | TOCA – Hannappel Physical Examination |
| | 00151-00153 | 10/26/11 | TOCA – Hannappel Medical Records Date stamped 02/14/12 |
| | 00154-00157 | 01/19/12 | Gateway Surgery Center – Operative Report |
| | 00158-00159 | 02/15/12 | UPS – Mail Shipment Label |
| | 00160-00161 | 02/15/12 | TOCA – Hannappel Medical Records |
| | 00162 | 02/17/12 | ICA – Average Monthly Wage |
| | 00163-00165 | 02/22/12 | TOCA – Fax to Gulstrom Traumatic Arthropathy |
| | 00166-00167 | 03/02/12 | Colorado Casualty – Gulstrom Ltr to Lederman |
| | 00168-00169 | 02/29/12 | TOCA – Hannappel Medical Records |
| | 00177-00179 | 03/08/12 | Co. Casualty – Lederman to Gulstrom Ltr Re:Treatment Plan |
| | 00184-00193 | 03/13/12 | TOCA – Physical Therapy Progress Note Re: Pain Remains Same |
| | 00194-00198 | 01/06/12 | Hannappel – Physicals/Progress Note |

| | | | |
|---|---|---|---|
| 1 | 00205-00207 | 03/02/12 | TOCA – Physical Therapy Progress |
| 2 | 00208-00218 | 03/12/12 | TOCA – PT Continue/Progress Note |
| 3 | 00237-00238 | 03/21/12 | TOCA – Hannappel Medical Records |
| 4 | 00259-00260 | 03/28/12 | Tartaglia Note – neuro consult |
| 5 | 00273 | 02/08/12 | PT evaluation |
| 6 | 00301-00305 | 04/18/12 | TOCA – Hannappel Medical Records |
| 7 | 00306-00312 | 04/02/12 | TOCA – PT Progress Report |
| 8 | 00313-00319 | 04/19/12 | Hannappel – Health Insurance Claim Form/PT Progress |
| 9 | 00320-00323 | 05/05/12 | Hannappel – Neurological Report |
| 10 | 00324-00327 | 05/04/12 | ICA – Notice of Cancellation of Hearing |
| 11 | 00328-00329 | 04/04/12 | Spratta email to Gulstrom Re: Hannappel work condition |
| 12 | 00346-00347 | 04/16/12 | Gulstrom email to Sarkisov, G Re: DOS payment |
| 13 | 00348-00349 | 05/21/12 | TOCA – Fax to Gulstrom Re: FCE request |
| 14 | 00350-00352 | 05/16/12 | Lederman Note |
| 15 | 00370-00372 | 05/31/12 | FCE approved |
| 16 | 00382-00399 | 06/11/12 | Goldstein Fax to Gulstrom Re: Functional Capacity Evaluation |
| 17 | 00410 | 06/18/12 | NCS Close Claim |
| 18 | 00411 | " | Sched Disability form |
| 19 | 00413-00416 | 06/13/12 | TOCA – Lederman MMI |
| 20 | 00417-00420 | 06/21/12 | Letter to Gulstrom Re:Notice of Perm Disability incorrect |
| 21 | 00421-00424 | 06/13/12 | TOCA – Hannappel Medical Records |
| 22 | 00425-00429 | 06/20/12 | TOCA – PT Progress Report |
| 23 | 00430-00431 | 07/18/12 | Letter to Gulstrom Re:Request to advance monthly LEC |

8

| | Bates | Date | Description |
|---|---|---|---|
| | 00432-00434 | 07/18/12 | Mailing Receipt's |
| | 00435-00439 | 08/01-08/22/12 | Email chain Re: Advance LEC |
| | 00440-00449 | 09/11/12 | Letter to Gulstrom Re:LEC Denial w/Fune Report |
| | 00450-00451 | 09/18/12 | Gulstrom letter to Sarkisov Re:LEC reconsideration |
| | 00454-00460 | 10/05/12 | ICA – Findings and Award for Unscheduled Permanent Partial Disability |
| | 00457-00461 | 10/03/12 | ICA - Memorandum |
| | 00463 | 10/18/12 | ICA – Request for Hearing |
| | 00464-00468 | 11/01/12 | Cascade – LEC Report |
| | 00469-00470 | 11/01/12 | ICA – Notice of Hearing (02/21/13) |
| | 00477 | 11/17/11 | ICA – Request for Hearing |
| | 00479 | 11/10/11 | Hannappel letter to Co. Casualty |
| | 00508-00513 | 11/23/11 | Sarkisov letter to Gulstrom with Lederman 10/26 – date stamped 11/28/11 |
| | 00514-00515 | 11/23/11 | ICA – Notice of Hearing (02/14/12) date stamped 11/28/12 |
| | 00516-00518 | 11/14/11 | ICA – Request for Hearing |
| | 00519-00528 | 11/23/11 | Fax to Gulstrom Re:Kaiser/Hannappel Attorney Letter |
| | 00529-00533 | 11/01/12 | Cascade – LEC Report |
| | 00534-00539 | 11/01/12 | ICA – Notice Of Hearing (02/21/13) |
| | 00562-00566 | 12/28/12 | Nayhouse/Gulstrom emails Re:FCE & IME |
| | | | |
| | CCAS-CF00636-645 | | Payment ledger |
| | CCAS-CF00646-00675 | Various | Claim notes |
| | TOCA SDT 00013- | | Dr. Lederman medical records and COR declaration |

9

| | | | |
|---|---|---|---|
| | 00036, 00088-104; 00110-113; 00189-196 00205-207 | | |
| | | | **EXCERPTS FROM GULSTROM'S TRAINING MATERIALS DISCLOSED BY DEFENDANT** |
| | CCAS-00001, CCAS-00089-00091 | | Excerpts from the ICA claims manual |
| | CCAS-0052-13 | | A.R.S. §23-1047 |
| | CCAS-00513-517 | | A.R.S. §23-1061, 1062 |
| | CCAS-00618-621 | | R20-5-163 |
| | CCAS-01056, 01061, 01068, 01069 | | WC-NHT state specific Q&A guide – state of Arizona |
| | CCAS-00625-00640 | | 2011/2012 Best Practices |
| | CCAS-00642-653 | | Applying the workers' compensation claim handling guideline |
| | CCAS-00657-668 | | Commercial lines workers' compensation disabling claim handling guidelines |
| | CCAS-00720-722 | | Applying the workers' compensation claim handling guidelines – facilitator guide |
| | CCAS-00751 | | Applying the workers' compensation claim handling guidelines |
| | CCAS-00767-772 | | Training exercise |
| | CCAS-01051-01055 | | The variable incentive plan |

| | | | |
|---|---|---|---|
| | CCAS-01036-01050 | | The variable incentive plan – US plan document |
| | CCAS-01052 | | "Our success begins with you" VIP plan |
| | CCAS-01005-01012 | 2012 | Gulstrom – objective setting and performance evaluation – mid year |
| | CCAS-00997-1004 | 2012 | Gulstrom objective setting and performance evaluation – year end |
| | CCAS-CF0071 | | Gulstrom handwritten notes |
| | MH0086 | 7/11/12 | Notice of (unscheduled) permanent disability |
| | Paseo SDT 00003 00020-00029 | | Dr. Tartaglia records |
| | SDT 00146-148 | 12/02/13 | Dr. Tartaglia |
| | Paseo SDT 00152-154 | 1/07/14 | Dr. Tartaglia |
| | Kaiser SDT 21-59 | Various | Daily reports August –September 2011 |
| | Kaiser SDT 82-92 | | Unemployment application |
| | SDT 100-104 | | Unemployment appeal |
| | KDBL 00195-196 | | Sarkisov release authorizations |
| | MH0802-807 | 11/15/13 | Decision Upon Hearing and Findings and Award for Unscheduled Permanent Partial Disability |

**B.     Exhibits That May be Offered**

| EXHIBIT NO. | BATES NO. | DATE | DESCRIPTION |
|---|---|---|---|
| | CCAS-CF 00001- | | Entire claim file produced |

11

|  |  |  |
|---|---|---|
| 00635 |  |  |
| CCAS-CF 00259-00260 | 03/28/12 | Tartaglia note re: neuro consult |
| 00330 | 02/17/12 | ICA – Notice of Average Monthly Wage |
| 00331-00335 | 05/07/12 | ICA – Findings & Award Approving Stipulation AMW |
| 00339 | 05/09/12 | TOCA – Hannappel Prescription "Continue Pt for Pain" |
| 00340-00345 | 04/25/12 | TOCA – Physical Therapy Progress Rpt |
| 00373-00377 | 05/09/12 | TOCA – Physical Therapy Progress Report |
| 00378-00381 | 05/16/12 | TOCA – Hannappel Medical Records |
| 00400-00404 | 05/31/12 | TOCA – PT Progress Report |
| 00405-00409 | 06/06/12 | TOCA – PT Progress Report |
| 00412 | " | Supp Care |
| 00471-00472 | 03/13/12 | ICA – Request for Hearing |
| 00480-00490 | 11/22/11 | ICA – Applicant's Compensability Interrogatories to Defendant Employer (491-502 one Duplicate) |
| 00506-00507 | 11/22/11 | Letter to Gulstrom Rule 31 ltr |
| 00548-00550 | 11/21/12 | Purpose Ltr to Rockowitz |
| 00551-00559 | 12/13/12 | Fax to Gulstrom – Hannappel IME |
| 00560-00561 | 12/14/12 | Certified Medical Consultants – Service Fee |
| 00596-00599 | 11/01/12 | Cascade – LEC Report |
| 00608-00611 | 01/30/13 | Liberty Mutual – Hannappel letter |
| CCAS-POL-00001, 00021-00022 |  | Relevant pages of the insurance policy |
| CCAS- |  | WC-NAT-State Specific Q&A Guide – State of |

|   |   |   |   |
|---|---|---|---|
| 1 |  | 010506-01113 |  | Arizona (complete) |
| 2 |  | CCAS-00641-996 |  | Claim handling guidelines – complete |
| 3 |  |  |  | Actual recording of Daniel Klem's recorded statement |
| 4 |  |  |  |  |
| 5 |  |  |  | Actual recording Michael Hannappel's recorded statement |
| 6 |  |  |  | Fune SDT |
|   |  | 00119-125 |  | Hannappel resume and submission form |
| 7 |  | Paseo SDT 00045-47 | 01/13/12 | Dr. Tartaglia note |
| 8 |  |  |  |  |
| 9 |  | Paseo SDT 0058-59 |  | Dr. Taraglia's note 2/24/12 |
| 10 |  |  |  |  |
| 11 |  | Paseo SDT 00064 |  | Email chain |
| 12 |  |  |  |  |
| 13 |  | SDT 00073-75 | 03/28/12 | Dr. Tartaglia note |
| 14 |  | Paseo SDT 00076-77 | 04/12/12 | Dr. Kahlon |
| 15 |  |  |  |  |
| 16 |  | 00086-87 | 06/29/12 | Dr. Tartaglia |
| 17 |  | Paseo SDT 00088-89 | 05/21/12 | Dr. Altman |
| 18 |  |  |  |  |
| 19 |  | Paseo SDT 00090-91 | 06/06/12 | Dr. Altman |
| 20 |  |  |  |  |
| 21 |  | Paseo SDT 00092-93 | 06/25/12 | Dr. Altman |
| 22 |  | Paseo SDT 00101-103 | 09/09/12 | Dr. Tartaglia |
| 23 |  |  |  |  |
| 24 |  | Paseo SDT 00104-105 | 12/31/12 | Dr. Tartaglia |
| 25 |  |  |  |  |
| 26 |  | Paseo SDT 00139-142 | 08/21/13 | Dr. Tartaglia |
| 27 |  |  |  |  |

13

| | | | |
|---|---|---|---|
| | Paseo SDT 00143-144 | 09/14/13 | Dr. Tartaglia |
| | KDBL 000232 | 10/12/12 | Check |
| | KDBL 000276-277 | | Priors list |
| | KDBL 000278-402 | | ICA prior records |
| | | 03/03/14 | Video of Ronald Lampert M.D., IME |
| | MH1065-1067 | 12/28/11-01/05/12 | Email chain |
| | MH0968 | 07/17/12 | Email |
| | MH0969 | 05/21/12 | Email |
| | MH1050-1051 | 07/17/12-08/01/12 | Email chain |

DATED this 31st day of March, 2014.

                                **ROBERT J. HOMMEL, P.C.**

                                By *s/Robert J. Hommel*
                                      Robert J. Hommel
                                      9304 E. Raintree Drive, Suite 100
                                      Scottsdale, Arizona 85260
                                      *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Cassandra V. Meyer
The Cavanaugh Law Firm
1850 North Central, #2400
Phoenix, Arizona 85004
*Attorney for Defendant*

Justine M. Casey
David E. Dworsky
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626
*Pro Hac Vice Attorneys*


 *s/Stacy E. Fergus*_____