**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Cassandra V. Meyer, SBN 021124
cmeyer@cavanaghlaw.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
JUSTINE M. CASEY, Cal. Bar No. 143243
jcasey@smrh.com
DAVID E. DWORSKY, Cal. Bar No. 272167
ddworsky@smrh.com
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1925
Telephone:   714-513-5100
Facsimile:    714-513-5130

Attorneys for Defendant Colorado Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL and KATHY HANNAPPEL, husband and wife,<br><br>                              Plaintiffs,<br><br>v.<br><br>COLORADO CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>                              Defendant. | NO. CV2012-02601-PHX-SRB<br><br>**DEFENDANT'S RULE 26(a)(3) DISCLOSURE** |

Defendant Colorado Casualty Insurance Company, by and through its counsel undersigned, hereby submits its Rule 26(a)(3) disclosure.

**I.        WITNESSES TO BE CALLED AT TRIAL**

**A. Witnesses who will be called**

1. Kristin Gulstrom
2. Alicia Aros Beausoleil
3. George V. Sarkisov, Esq.
4. Bob Hommel, Esq.
5. Lisa LaMont, Esq.
6. Gina Kaiser
7. Dan Clem
8. Steve Sims
9. Debbie Baker
10. Ronald M. Lampert, MD, FAAOS
11. Robert E. Wisniewski
12. Vanessa Tartaglia, MD
13. Evan Lederman, MD
14. Neal R. Rockowitz, MD

**B. Witnesses who may be called**

1. Cecil Neal, PT
2. Sandy Goldstein, PT, CDMS
3. Diane Nayhouse, MS, CRC
4. David Sims, M.D.
5. Brian Clymer
6. William Stevens, M.D.
7. The CORE Institute
8. Ofer Eytan, M.D.
9. Andrew Buresh, M.D.
10. Cindy Gross M.A.

11. Elliot Flood
12. Dorothy Fune
13. Brett Hansen, D.O.
14. Industrial Commission of Arizona
15. Jerald Altman, M.D.
16. Kaiser Construction
17. Longevity Health Center
18. The Mayo Clinic
19. David Patchett, D.O.
20. Lauren Stegman, M.D.
21. Southwest Hematology Oncology
22. Any witnesses listed by Plaintiff to whom Defendant does not object
23. Custodians of records as necessary to authenticate records

## II.   WITNESSES WHOSE DEPOSITION TESTIMONY WILL BE PRESENTED BY DEPOSITION

Defendant reserves the right to use deposition testimony given by any party and/or witness for impeachment purposes at time of trial.

## III.   EXHIBITS TO BE USED AT TRIAL

### A. Exhibits that will be offered

**In addition to the records listed by Plaintiff in his Rule 26(a)(3) Disclosure to which Defendant does not object, Defendant lists the following additional exhibits to be offered at trial:**

| Exhibit No. | Bates No. | Date | Description |
|---|---|---|---|
| | CCAS-CF 00659-660 | 10/13/11 | Claims note regarding the initial contact with the injured worker and the receipt of the claim |
| | CCAS-CF | 10/13/11 | ICA Notification list |

| | | | |
|---|---|---|---|
| 1 | | 00678 | | |
| 2 | | CCAS-CF 00087 | 9/30/11 | Medical records and light duty work slip from Dr. Tartaglia |
| 3 | | CCAS-CF 00065 | 9/30/11 | X-ray report |
| 4 | | CCAS-CF 00062 | 10/4/11 | Off duty work slip from Dr. Tartaglia stating Plaintiff is going to have an MRI |
| 5 | | CCAS-CF 00055-57 | 10/5/11 | Radiology report of the MRI |
| 6 | | CCAS-CF 00058-59 | 10/14/11 | Work history provided by Plaintiff |
| 7 | | CCAS-CF 00066-68 | 10/13/11 | Kaiser superintendent job description provided by Plaintiff |
| 8 | | CCAS-CF 00088 | 10/14/11 | Off work slip by Dr. Tartaglia placing Plaintiff off work until 10/26/11 |
| 9 | | CCAS-CF 000236 | 9/15/11 | Letter from Ms. Kaiser to Plaintiff regarding his unauthorized overtime |
| 10 | | CCAS-CF 00046-52 | | Plaintiff's weekly and daily logs leading up to and on the day of the incident |
| 11 | | CCAS-CF 00028-32 | 10/24/11 | Recorded Statement of Dan Clem |
| 12 | | CCAS-CF 00007 | 11/3/11 | Initial Notice of Claim Status |
| 13 | | CCAS-CF 000476-478 | 11/21/11 | Notice of Request for Hearing on the Initial Notice of Claim Status filed by George Sarkisov |
| 14 | | CCAS-CF 000520-521 | 11/23/11 | Attorney Sarkisov's retention letter sent to Colorado Casualty including enclosures |
| 15 | | CCAS-CF 00078-84 | 10/26/11 | Dr. Lederman medical record |
| 16 | | CCAS-CF 000514-518 | 11/30/11 | Notice of Hearing on the Request for Hearing on the Initial Notice of Claim Status |
| 17 | | | 12/28/11 | Letter from Attorney Sarkisov to Attorney LaMont regarding the acceptance of the claim |
| 18 | | CCAS-CF 00669 | 1/3/12 | Claims note regarding the supervisor review and acceptance of the claim |
| 19 | | CCAS-CF 00085-86 | 1/10/12 | Notice of Claim Status and Wage Calculation Sheet |
| 20 | | CCAS-CF 00075-84 | 1/16/12 | Fax to Colorado Casualty requesting authorization for out-patient left shoulder rotator cuff repair |
| 21 | | CCAS-CF | 1/19/12 | Operative report of Dr. Lederman |

| | Bates | Date | Description |
|---|---|---|---|
| | 00133-137 | | |
| | CCAS-CF 00133-136 | 1/27/12 | Fax request from Dr. Lederman's office for authorization of physical therapy |
| | CCAS-CF 00142-143 | 1/27/12 | Dr. Lederman medical record |
| | CCAS-CF 00160-161 | 2/15/12 | Dr. Lederman medical record |
| | CCAS-CF 00168-169 | 2/29/12 | Dr. Lederman medical record |
| | CCAS-CF 00177-179 | 3/8/12 | Dr. Lederman letter to Kristin Gulstrom regarding medical status of Plaintiff |
| | CCAS-CF 00255-257 | 3/13/12 | Request for Hearing on Average Monthly Wage |
| | | | Additional wage statements which demonstrates earnings from Silverton Construction provided by Attorney Sarkisov |
| | | | Stipulation increasing the AMW |
| | CCAS-CF 00264 | 3/21/12 | Dr. Lederman medical record |
| | CCAS-CF 00301-305 | 4/18/12 | Dr. Lederman medical record |
| | CCAS-CF 00348-353 | 5/16/12 | Dr. Lederman medical record |
| | | 5/29/12 | Claims note regarding the approval of the FCE |
| | CCAS-CF 00382-399 | 6/11/12 | FCE performed by Sandy Goldstein |
| | CCAS-CF 00415-416 | 6/13/12 | Dr. Lederman medical record |
| | | 6/18/12 | Notice of Claim Status ceasing temporary compensation and active medical treatment |
| | CCAS-CF 00417-420 | 6/26/12 | Letter from Attorney Sarkisov to Ms. Gulstrom regarding the unscheduled permanent disability |
| | | 7/11/12 | Corrected Notice of Permanent Disability |
| | CCAS-CF 00430-434 | 7/18/12 | Attorney Sarkisov's letter requesting Loss of Earning Capacity (LEC) advance payments |
| | CCAS-CF 00436-439 | 8/6/12 | Ms. Gulstrom's responsive e-mail to Attorney Sarkisov's 7/18/12 letter |
| | CCAS-CF 00440-449 | 9/11/12 | Attorney Sarkisov's letter requesting reconsideration of LEC advance payments, included enclosure |

| | | | |
|---|---|---|---|
| 1 | CCAS-CF 00450-451 | 9/18/12 | Ms. Gulstrom's response to Attorney Sarkisov's letter and requesting authority upon which he relies |
| 2, 3 | CCAS-CF 00454-456 | 10/5/12 | Findings and Award for Unscheduled Permanent Partial Disability |
| 4, 5 | CCAS-CF 646-675, 870-877 | 10/12/12 | Claims notes regarding commencement of LEC payments |
| 6 | CCAS-CF 00462-463 | 10/15/12 | Request for Hearing challenging the LEC award |
| 7 | CCAS-CF 00465-468 | 11/1/12 | Cascade LEC Report |
| 8 | CCAS-CF 00551-560 | 11/29/12 | Independent Medical Evaluation (IME) performed by Neal L. Rockowitz, M.D. |
| 9, 10 | KDBL 539 | 1/20/13-1/23/13 | Surveillance footage of Plaintiff |
| 11 | CCAS-CF 00614-617 | 2/6/13 | Ms. Nayhouse's updated LEC analysis based on the Dr. Rockowitz IME |
| 12 | CCAS-CF 00845-849 | 11/15/13 | Decision upon Hearing regarding LEC award |
| 13, 14 | CCAS-CF 00010-27 | 10/13/11 | Recorded Statement of Plaintiff |
| 15 | CCAS-CF 00636-645; 866-869 | Various Dates | Payment ledger |
| 16, 17 | CCAS-CF 00646-675; 870-877 | Various Dates | Claims notes |
| 18, 19 | Kaiser SDT 1-164 | | Kaiser Construction employment file on Plaintiff |
| | Baker 1-20 | 1/3/14 | Debbie Baker's C.V. and expert report |
| 20 | Lampert 1-9 | 1/2/14 and 3/12/14 | Dr. Lampert's C.V. and expert reports |
| 21, 22 | Wisniewski 1-17 | 12/31/13 | Robert Wisniewski's C.V. and expert report |
| 23 | Paseo SDT 33 | December 2011 | Dr. Tartaglia's response to the Arizona DES |
| 24 | Paseo SDT 34 | 12/21/11 | Dr. Tartaglia's amended response to the Arizona DES |
| 25, 26 | Paseo SDT 73 | March 2012 | Dr. Tartaglia medical record |

LAW OFFICES
THE CAVANAGH LAW FIRM, P.A.
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

| | | | |
|---|---|---|---|
| 1 | Paseo SDT 139 | August 2013 | Dr. Gartenberg medical record |
| 2 | Paseo SDT 146 | December 2013 | Dr. Tartaglia medical record |
| 3 | Paseo SDT 152 | January 2014 | Dr. Tartaglia medical record |
| 4 | CSD SDT 17 | November 2013 | Dr. Stevens medical record |
| 5 | CSD SDT 21 | | Dr. Stevens patient questionnaire filled out by Plaintiff |
| 6 | CSD SDT 32 | | Typewritten list of injuries prepared by Plaintiff |
| 7 | LHC SDT 29 | June 2013 | Treatment note |
| 8 | LHC SDT 35 | April 2013 | Treatment note |
| 9 | PCROC SDT 3 | | Treatment note |
| 10 | Core SDT 1-53 | Various Dates | Treatment notes |
| 11 | EC SDT 1-7 | Various Dates | Treatment notes of Plaintiff's therapy with Cindy Gross |
| 12 | Hansen SDT 1-4 | November 2013 | Treatment note |
| 13 | Kaiser Suppl 1-3 | | Additional records disclosed by Kaiser Construction |
| 14 | Mayo SDT 1-996 | Various Dates | Mayo Clinic treatment records |
| 15 | KDBL 1-26 | | Deposition of Plaintiff taken on 1/16/13 in the underlying ICA action |
| 16 | KDBL 36 | 11/29/12 | X-ray report from Dr. Rockowitz |
| 17 | KDBL 76-86 | Various Dates | Records regarding Plaintiff's other ICA claims |
| 18 | KDBL 87-98 | 2/6/12 | Correspondence from Lisa LaMont to ALJ Retzer with enclosed evidence for the LEC hearing |
| 19 | KDBL 99-108 | 1/25/13 | Correspondence from Lisa LaMont to ALJ Retzer with enclosed evidence for the LEC hearing |
| 20 | KDBL 111-119 | 1/7/13 | Interrogatories to Applicant |
| 21 | KDBL 135 | 5/3/12 | Letter from Attorney Sarkisov to the ALJ cancelling |

| | | | |
|---|---|---|---|
| | | | the June 25, 2012 hearing |
| | KDBL 143-150 | 3/20/12 | Interrogatories to Applicant |
| | KDBL 157-158 | 1/12/12 | Notice of Cancellation and Award |
| | KDBL 159-160 | 1/10/12 | Notice of Claim Status |
| | KDBL 170-171 | 9/30/11 | Worker's Report of Injury |
| | KDBL 176-180 | February 2012 | Email communications back and forth between Attorney Hommel and Attorney LaMont regarding the LEC |
| | KDBL 181-182 | 1/3/13 | Correspondence from Attorney LaMont to Attorney Hommel regarding the IME report of Dr. Rockowitz |
| | KDBL 189-194 | April 2012 | Email communications with enclosed Silverton records on the AMW |
| | KDBL 209-210 | 3/30/12 | Correspondence from Attorney LaMont to Attorney Sarkisov with enclosed medical records release authorization |
| | KDBL 211-223 | March 2012 | Emails back and forth between Attorney Sarkisov and Ms. Gulstrom regarding the AMW |
| | KDBL 224-236 | January and February 2012 | Emails back and forth regarding the TPD payments |
| | KDBL 237-241 | 1/31/13 | Advantage Investigation Group Surveillance Report |
| | KDBL 275-402 | Various Dates | Information from the ICA regarding Plaintiff's other ICA claims |
| | KDBL 403-432 | 2/21/13 | ICA Hearing Transcript of Michael Hannappel |
| | KDBL 433-451 | 5/22/13 | ICA Hearing Transcript of Evan Lederman, M.D. |
| | KDBL 452-477 | 05/23/13 | ICA Hearing Transcript of Neal Rockowitz, MD |
| | KDBL 478-511 | 10/03/13 | ICA Hearing Transcript of Sanford Goldstein, PT, CDMA |
| | KDBL 512-538 | 10/17/13 | ICA Hearing Transcript of Dorothy Fune |

LAW OFFICES
THE CAVANAGH LAW FIRM, P.A.
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

| | | | |
|---|---|---|---|
| | CCAS-POL 001-40 | | Insurance policy |
| | KAISER SDT12 | | KCI Doors and Hardware's confirmation that Plaintiff contacted them on 9/13/11 |
| | | Various Dates | Custodian of Records Affidavits from all subpoena duces tecum responses disclosed by Defendant |
| | | | |

**B. Exhibits that may be offered**

1. Colorado Casualty's Certified policy documents for Friendship Retirement Corp. (CCAS-POL 00001 – 40);

2. Colorado Casualty Mutual's claim file production documents, notes and financials (CCAS-CF 00001 – 877);

3. Colorado Casualty's non-claim file production documents (CC-NCF 00001 –1113);

4. ICA defense file document production (KDBL 00001-539);

5. Plaintiff's disclosure materials;

6. Kaiser Construction production documents;

7. Arizona Neurological Institute/Maninder Kahlon, MD document production;

8. Arizona Otolaryngology Consultants/David Sims, MD document production;

9. Brian Clymer's document production;

10. Center for Spinal Disorders/ William Stevens, MD document production;

11. The Core Institute document production;

12. Desert Eye Specialists, Ltd./Ofer Eytan, MD document production;

13. Desert Springs Cancer Center/Andrew Buresh, MD document production;

14. Embracing Change - Cindy Gross document production;

15. Elliot Flood's document production;
16. Dorothy Fune's document production;
17. Sandy Goldstein's document production;
18. Hansen Orthopedics/Brett Hansen, DO document production;
19. Robert Hommel's document production;
20. Industrial Commission of Arizona document production;
21. Jerald Altman, MD document production;
22. Kaiser Construction document production;
23. Longevity Health Center document production;
24. The Mayo Clinic document production;
25. Midwestern University/David Patchett, D.O. document production;
26. Paseo Family Physicians/Vanessa Tartaglia, D.O. document production;
27. Phoenix Cyberknife and Radiation Oncology Center/ Lauren Stegman, MD document production;
28. Dr. Rockowitz document production;
29. Southwest Hematology Oncology document production;
30. TOCA The Orthopedic Clinic Association – Evan Lederman document production;
31. All documents disclosed by Plaintiff, whether or not withdrawn, to which Colorado Casualty does not object;
32. Plaintiff's responses to discovery; and
33. All depositions, and changes thereto, taken in this action, along with exhibits.

DATED this 31st day of March, 2014.

                THE CAVANAGH LAW FIRM, P.A.

                By: s/ Cassandra V. Meyer
                     Cassandra V. Meyer
                     Attorney for Defendant Colorado Casualty
                     Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert J. Hommel, Esq.
Robert J. Hommel, PC
9304 E. Raintree Drive, Suite 100
Scottsdale, AZ  85260
Attorney for Plaintiffs

*/s/ David Dworsky*