1
2

THE CAVANAGH LAW FIRM
A Professional Association

3

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

4
5
6

Cassandra V. Meyer, SBN 021124
cmeyer@cavanaghlaw.com

7
8

SHEPPARD MULLIN RICHTER & HAMPTON LLP
JUSTINE M. CASEY, Cal. Bar No. 143243
jcasey@smrh.com
DAVID E. DWORSKY, Cal. Bar No. 272167
ddworsky@smrh.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone:    714-513-5100
Facsimile:    714-513-5130

9
10
11
12
13

*Attorneys for Defendant*
*Colorado Casualty Insurance Company*

14

IN THE UNITED STATES DISTRICT COURT

15
16

FOR THE DISTRICT OF ARIZONA

17
18

MICHAEL and KATHY HANNAPPEL,
husband and wife,

No.  CIV 12-02601-PHX-SRB

19

Plaintiffs,

20

vs.

**DEFENDANT COLORADO CASUALTY
INSURANCE COMPANY'S
OBJECTIONS TO PLAINTIFFS' RULE
26 EXHIBIT DISCLOSURES**

21
22

COLORADO CASUALTY
INSURANCE COMPANY, a foreign
insurer,

23

**[Fed. R. Civ. P. 26(a)(3)(B)**

24

Defendant.

25
26
27
28

## <u>OBJECTIONS TO PLAINTIFFS' IDENTIFIED WITNESSES, DEPOSITION TESTIMONY AND EXHIBITS</u>

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), defendant Colorado Casualty Insurance Company ("Colorado Casualty") hereby objects to the admissibility of certain witnesses, deposition testimony and trial exhibits disclosed by plaintiffs Michael and Kathy Hannappel ("Plaintiffs") as follows:

**<u>Objections to Witnesses</u>**

Colorado Casualty submits the following objections to witnesses identified by Plaintiffs that will or may be offered at trial:

> 7.   Terri Carpenter
>      Debbie Stringer
>      18275 N. 59th Ave., Suite 162, Bldg. K
>      Glendale, Arizona 85308

Colorado Casualty objects to these two witnesses as being cumulative in violation of Federal Rule of Evidence 403, which prohibits the needless presentation of cumulative evidence. Plaintiffs do not need to designate two employees from Paseo Family Practice, in addition to Dr. Tartaglia-Kean (witness #6 identified by Plaintiffs), to discuss medical records.

> 8.   John J. Kresl, M.D., PhD.
>      Phoenix Cyber Knife & Radiation Oncology
>      4611 E. Shea Blvd., Suite 120
>      Phoenix, Arizona
>      602-441-3845

Colorado Casualty objects to this witness on the grounds that he lacks personal knowledge to testify about the matters described in Plaintiffs' disclosure, in violation of Federal Rules of Evidence 602 and 901. The witness's testimony is also

-2-

irrelevant under Federal Rule of Evidence 401 and improperly cumulative, in violation of Federal Rule of Evidence 403.

14.   Ted Hannappel
       7139 W. Rue De La Mar
       Peoria, Arizona 85381
       602-339-1795

15.   Gary Hannappel
       1163 W. Dove Tree Avenue
       San Tan Valley, Arizona 85140
       602-339-7480

16.   Debbie Hannappel
       P.O. Box 1275
       35339 South Pinnacle Place
       Black Canyon City, Arizona 85324
       602-463-2090

17.   Leslie Rohrdanz
       CA
       916-390-7140.

18.   Carol Adamo
       26036 N. 11th Avenue
       Phoenix, Arizona
       602-256-4486

Colorado Casualty objects to these five witnesses as being cumulative in violation of Federal Rule of Evidence 403, which prohibits the needless presentation of cumulative evidence.  Plaintiffs do not need to designate five character witnesses to discuss Plaintiffs' trustworthiness and other characteristics. The proffered testimony is also irrelevant under Federal Rule of Evidence 401. Colorado Casualty also objects to these witnesses on the grounds that they lack personal knowledge to testify about the matters described in Plaintiffs' disclosure, in violation of Federal Rules of Evidence 602 and 901

**Objection to Deposition Testimony**

Pursuant to Federal Rules of Civil Procedure 32(b) and 26(a)(3)(B), Colorado Casualty hereby objects to the introduction at trial of the deposition testimony of Kristen Gulstrom and Alicia Aros Beausoleil (formerly Alicia Aros).  Under Federal Rule of Civil Procedure 32(a), a party may only introduce a witness' deposition testimony in place of live testimony when the witness is unavailable to testify at trial.  F.R.Civ.P. 32(a). Colorado Casualty intends to make these two witnesses available for trial, as is evident from Colorado Casualty's Rule 26(a)(3) disclosure, and plaintiff may therefore only use the deposition transcripts to impeach the witnesses' live testimony.  Colorado Casualty objects to plaintiff using the deposition testimony of Ms. Gulstrom or Ms. Aros Beausoleil for any reason other than solely for impeachment.

Colorado Casualty also reiterates its objections, as noted on the record, to specific questions asked by Plaintiffs' counsel.   Many of the questions were objectionable as to form, assumed facts not in evidence, were compound, were vague and/or ambiguous, and/or were otherwise deficient.  Colorado Casualty reasserts the objections that counsel noted on the record during the live deposition.

**Objections to Exhibits**

Colorado Casualty submits the following objections to exhibits identified by Plaintiffs that will or may be offered at trial.  The discovery cut-off has not passed as of the date of this filing.  Colorado Casualty's objections to exhibits based on foundational grounds could potentially be remedied by further discovery.  Moreover, Plaintiffs do not disclose their use for each identified document (nor were they required to), giving rise to many potential hearsay objections.  For example, many of the identified medical records contain physicians' opinions, which were based on statements made by Mr. Hannappel. These documents contain multiple levels of hearsay for which there is no exception. Colorado Casualty, in an abundance of caution, submits its objections based on the

-4-

1  assumption that all documents are offered for the truth of the matter asserted therein, so as

2  to preclude any argument that its objections have been waived.

3

4

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Fax to Gulstrom – TOCA 10/26/11<br>CCAS-CF 00001-00002 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Plaintiff Michael Hannappel's medical condition that could potentially be offered for their truth |
| Hannappel –Doc Request to Gulstrom & Resp<br>00003-00004 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The email exchange contains hearsay statements that could potentially be offered for their truth |
| Hannappel –Tartaglia Progress Note "on job injury" rec'd 10/31/11<br>00005-00006 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Plaintiff Michael Hannappel's medical condition that could potentially be offered for their truth |
| Hannappel – NCS claim denied<br>00007 | No Objection |
| Corres – Gulstrom to Hannappel RE: denial<br>0008 | No Objection |
| Hannappel – Transcript of Recorded Statement of Michael Hannappel Recorded Statement of Michael Hannappel Produced by Defendant on 12/10/13<br>00009-00027 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) – The recorded statement and transcript contain hearsay statements by Mr. Hannappel that could potentially be offered for their truth; Relevance (FRE 401) – Page 00009 is an unrelated email relating to a different recorded statement. |

SMRH:420825491.1

COLORADO CASUALTY'S OBJECTIONS TO
PRE-TRIAL EXHIBIT DISCLOSURES

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Daniel Clem – Transcript of Recorded Statement of Daniel Clem Recorded Statement of Daniel Clem Produced by Defendant on 12/10/13 00028-00032 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The transcript contains hearsay statements by Mr. Clem that could potentially be offered for their truth. |
| Kaiser Fax to Gulstrom – Kaiser job description, KCI doors, OT memo, lite duty 00033-00039 | Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's work-related injury that could potentially be offered for their truth. |
| Corres – Kaiser to Hannappel RE: Overtime 00040 | Hearsay (FRE 801) - The document contains hearsay statements about Mr. Hannappel's job performance that could potentially be offered for their truth. |
| Hannappel – Light Duty 00041 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth. |
| Fax to Kaiser – Re: Shoulder update off work 00042-00043 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Email cover sheet for time cards and daily logs 00044 | Hearsay (FRE 801) - The email contains hearsay statements that could potentially be offered for their truth. |
| Email- MRI report 00045 | Hearsay (FRE 801) - The email contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth. |
| Hannappel – Kaiser Construction Daily Logs 00046-00052 | Hearsay (FRE 801) - The document contains hearsay statements regarding scheduling and attendance that could potentially be offered for their truth. |

SMRH:420825491.1

COLORADO CASUALTY'S OBJECTIONS TO
PRE-TRIAL EXHIBIT DISCLOSURES

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Hannappel – Tartaglia Progress Note "work related" 00053-00054 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| MRI date stamped 10/14/11 00055-00057 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Hannappel Fax to Gulstrom fax stamped RE: 10 years employment 00058-00059 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's employment that could potentially be offered for their truth |
| Hannappel Fax to Gulstrom Re: Multiple Docs 00060 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Hannappel – Light duty 00061-00062 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Tartaglia – Hannappel MRI 00063-00065 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Kaiser – Job Description: Superintendent 00066-00068 | Hearsay (FRE 801) - The document contains hearsay statements relating to Kaiser's job description that could potentially be offered for their truth. |
| Hannappel Fax to Gulstrom Re: updated work restrictions (Off Duty) fax stamped 00069-00070 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Hannappel – Gulstrom hand notes 00071 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Fax to Gulstrom – TOCA Records 1/6/12 00075-00084 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Hannappel — NCS claim approved 00085 | No Objection |
| Hannappel — Average Monthly Wage Calculation of Carrier 00086 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Hannappel — Light Duty (2 weeks) 00087 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |

-8-

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Hannappel — Off Duty till further Evaluation<br>00088 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Tartaglia — Records date stamped 01/06/12<br>00091-00096 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| UPS— Shipment Label<br>00096 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action |
| Tartaglia - Hannappel Progress Note<br>00102-00105 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| TOCA — Hannappel Evaluation<br>00106-00110 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Hannappel Fax to Sarkisov Re:Kaiser paycheck stubs<br>00111-00119 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| ICA — Notice of Cancellation & Award<br>00130-00131 | Privilege – Colorado Casualty withheld the document contained at page 00130 on privilege grounds. |

-9-

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| TOCA — Fax Cover Sheet Re: Physical Therapy Autho<br>00133-00134 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Gateway Surgery Center — Operative Report<br>00135-00136 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| TOCA — Hannappel Physical Examination<br>00142-00143 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| TOCA — Hannappel Medical Records Date stamped 02/14/12<br>00151-00153 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Gateway Surgery Center — Operative Report<br>00154-00157 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| UPS— Mail Shipment Label<br>00158-00159 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action |

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| TOCA — Hannappel Medical Records 00160-00161 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| ICA — Average Monthly Wage 00162 | No Objection |
| TOCA — Fax to Gulstrom Traumatic Arthropathy 00163-00165 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Colorado Casualty — Gulstrom Ltr to Lederman 00166-00167 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence |
| TOCA — Hannappel Medical Records 00168-00169 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Co. Casualty — Lederman to Gulstrom Ltr Re:Treatment Plan 00177-00179 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| TOCA — Physical Therapy Progress Note Re: Pain Remains Same 00184-00193 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Hannappel — Physical Progress Note 00194-00198 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| TOCA — Physical Therapy Progress 00205-00207 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| TOCA — PT Continue/Progress Note 00208-00218 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| TOCA — Hannappel Medical Records 00237-00238 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Tartaglia Note— neuro consult 00259-00260 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| PT evaluation 00273 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |

-12-

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| TOCA — Hannappel Medical Records 00301-00305 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| TOCA — PT Progress Report 00306-00312 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Hannappel — Health Insurance Claim Form/PT Progress 00313-00319 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Hannappel — Neurological Report 00320-00323 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| ICA — Notice of Cancellation of Hearing 00324-00327 | No Objection |
| Spratta email to Gulstrom Re: Hannappel work condition 00328-00329 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Gulstrom email to Sarkisov, G Re: DOS payment 00346-00347 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements |

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| | regarding supposedly unpaid bills that could potentially be offered for their truth |
| TOCA — Fax to Gulstrom Re: FCE request<br>00348-00349 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Lederman Note<br>00350-00352 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| FCE approved<br>00370-00372 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Goldstein Fax to Gulstrom Re: Functional Capacity Evaluation<br>00382-00399 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| NCS Close Claim<br>00410 | No Objection |
| Sched Disability form<br>00411 | No Objection |

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| TOCA — Lederman MMI<br>00413-00416 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Letter to Gulstrom Re:Notice of Perm Disability incorrect<br>00417-00420 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| TOCA — Hannappel Medical Records<br>00421-00424 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| TOCA — PT Progress Report<br>00425-00429 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Letter to Gulstrom Re:Request to advance monthly LEC<br>00430-00431 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Mailing Receipt's<br>00432-00434 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action |

-15-

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Email chain Re: Advance LEC 00435-00439 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Letter to Gulstrom Re: LEC Denial w/Fune Report 00440-00449 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Gulstrom letter to Sarkisov Re: LEC reconsideration 00450-00451 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| ICA — Findings and Award for Unscheduled Permanent Partial Disability 00454-00460 | No Objection |
| ICA - Memorandum 00457-00461 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting the email contained at page 00461 into evidence. |
| ICA — Request for Hearing 00463 | No Objection |
| Cascade — LEC Report 00464-00468 | Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| ICA — Notice of Hearing (02/21/13) 00469-00470 | No Objection |
| ICA — Request for Hearing 00477 | No Objection |
| Hannappel letter to Co. Casualty 00479 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Sarkisov letter to Gulstrom with Lederman 10/26 — date stamped 11/28/11 00508-00513 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| ICA — Notice of Hearing (02/14/12) date stamped 11/28/12 00514-00515 | No Objection |
| ICA — Request for Hearing 00516-00518 | Relevance (FRE 401) - The document at page 00518 is not relevant to any fact of consequence in this action |
| Fax to Gulstrom Re:Kaiser/Hannappel Attorney Letter 00519-00528 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| Cascade — LEC Report 00529-00533 | Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| ICA — Notice Of Hearing (02/21/13) 00534-00539 | No Objection |
| Nayhouse/Gulstrom emai Is Re:  FCE & IME 00562-00566 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Privilege – Colorado Casualty withheld the documents contained at pages 00562-0563 on privilege grounds. |
| Payment ledger CCAS-CF00636-645 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Claim notes CCAS-CF00646-00675 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |

-17-

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Dr. Lederman medical records and COR declaration<br>TOCA SDT 00013-00036,<br>00088-104;<br>00110-113;<br>00189-196<br>00205-207 | Hearsay (FRE 801) - The document contains hearsay statements relating to Mr. Hannappel's medical condition that could potentially be offered for their truth |
| **EXCERPTS FROM GULSTROM'S TRAINING MATERIALS DISCLOSED BY DEFENDANT** | |
| Excerpts from the ICA claims manual<br>CCAS- 00001, CCAS-00089-00091 | No Objection |
| A.R.S. §23-1047<br>CCAS- 0052-13 | No Objection |
| A.R.S. §23-1061, 1062<br>CCAS-00513-517 | No Objection |
| R20-5-163<br>CCAS-00618-621 | No Objection |
| WC-NHT state specific Q&A guide — state of Arizona<br>CCAS-01056, 01061, 01068, 01069 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action;<br>No probative value (FRE 403) |
| 2011/2012 Best Practices<br>CCAS- 00625-00640 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action;<br>No probative value (FRE 403) |

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Applying the workers' compensation claim handling guidelines CCAS-00642-653 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action; No probative value (FRE 403) |
| Commercial lines workers' compensation disabling claim handling guidelines CCAS- 00657-668 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action; No probative value (FRE 403) |
| Applying the workers' compensation claim handling guidelines — facilitator guide CCAS-00720-722 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action; No probative value (FRE 403) |
| Applying the workers' compensation claim handling guidelines CCAS-00751 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action; No probative value (FRE 403) |

SMRH:420825491.1

COLORADO CASUALTY'S OBJECTIONS TO
PRE-TRIAL EXHIBIT DISCLOSURES

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Training exercise<br>CCAS-00767-772 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action;<br>No probative value (FRE 403) |
| The variable incentive plan<br>CCAS- 01051-01055 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action;<br>No probative value (FRE 403) |
| The variable incentive plan — US plan document<br>CCAS-01036-01050 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action;<br>No probative value (FRE 403) |
| "Our success begins with you" VIP plan<br>CCAS-01052 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action;<br>No probative value (FRE 403) |
| Gulstrom — objective setting and performance evaluation — mid year<br>CCAS-01005-01012 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action;<br>No probative value (FRE 403) |

-20-

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Gulstrom objective setting and performance evaluation — year end CCAS-00997-1004 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action; No probative value (FRE 403) |
| Gulstrom handwritten notes CCAS-CF0071 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Notice of (unscheduled) permanent disability M H0086 | No Objection |
| Paseo SDT 00003 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Tartaglia records 00020-00029 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Tartaglia SDT 00146-148 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Tartaglia Paseo SDT 00152-154 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Daily reports August —September 2011 Kaiser SDT 21-59 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Unemployment application Kaiser SDT 82-92 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Unemployment appeal<br>SDT 100-104 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Sarkisov release authorizations<br>KDBL 00195-196 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Decision Upon Hearing and Findings and Award for Unscheduled Permanent Partial Disability<br>M H0802-807 | No Objection |
| Entire claim file produced<br>CCAS-CF 00001-00635 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The claim file contains multiple documents that contain hearsay statements that could potentially be offered for their truth |
| Tartaglia note re: neuro consult<br>CCAS-CF 00259-00260 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| ICA — Notice of Average Monthly Wage<br>00330 | No Objection |
| ICA — Findings & Award Approving Stipulation AMW<br>00331-00335 | No Objection |
| TOCA — Hannappel Prescription "Continue Pt for Pain"<br>00339 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| TOCA — Physical Therapy Progress Rpt<br>00340- 00345 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| TOCA — Physical Therapy Progress Report<br>00373-00377 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| TOCA — Hannappel Medical Records 00378-00381 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| TOCA — PT Progress Report 00400-00404 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| TOCA — PT Progress Report 00405-00409 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Supp Care 00412 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| ICA — Request for Hearing 00471-00472 | No Objection |
| ICA — Applicant's Compensability Interrogatories to Defendant Employer (491-502 one Duplicate) 00480-00490 | No Objection |
| Letter to Gulstrom Rule 31 IV 00506-00507 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Purpose Ltr to Rockowitz 00548-00550 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Fax to Gulstrom — Hannappel IME 00551-00559 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Certified Medical Consultants— Service Fee 00560-00561 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Cascade — LEC Report<br>00596-00599 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Liberty Mutual — Hannappel letter<br>00608-00611 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Relevant pages of the insurance policy<br>CCAS-POL -00001, 00021-00022 | No Objection |
| WC-NAT-State Specific Q& A Guide—State of Arizona (complete)<br>CCAS-010506-01113 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action;<br>No probative value (FRE 403) |
| Claim handling guidelines— complete<br>Actual recording of Daniel Clem's recorded statement<br>Actual recording Michael Hannappel's recorded statement<br>Fune SDT<br>CCAS-00641-996 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Prejudice outweighs probative value (FRE 403); Relevance (FRE 401) - The document is not relevant to any fact of consequence in this action;<br>No probative value (FRE 403);<br>Misstatement of materials – Plaintiffs contend that the documents contained at bates range 00641-996 are "claim handling guidelines," but this is an inaccurate description of the documents bearing those bates numbers. |
| Hannappel resume and submission form<br>00119-125 | Misstatement of materials – the bates range identified does not contain a prefix and the document is not described with enough detail for Colorado Casualty to determine whether the document is objectionable |

SMRH:420825491.1

COLORADO CASUALTY'S OBJECTIONS TO
PRE-TRIAL EXHIBIT DISCLOSURES

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Dr. Tartaglia note<br>Paseo SDT 00045-47 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Taraglia's note 2/24/12<br>Paseo SDT 0058-59 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Email chain<br>Paseo SDT 00064 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Tartaglia  note<br>SDT 00073-75 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Kahlon<br>Paseo SDT 00076-77 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Tartaglia<br>00086-87 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Altman<br>Paseo SDT 00088-89 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Altman<br>Paseo SDT 00090-91 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Altman<br>Paseo SDT 00092-93 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Tartaglia<br>Paseo SDT 00101-103 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Tartaglia<br>Paseo SDT 00104-105 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Dr. Tartaglia<br>Paseo SDT 00139-142 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |

SMRH:420825491.1

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Dr. Tartaglia<br>Paseo SDT 00143-144 | Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Check<br>KDBL 000232 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Misstatement of materials – the document bearing bates label KBDL 000232 is not a check but a check display printout. |
| Priors list<br>KDBL 000276-277 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence and the document contains unidentified handwriting for which no foundation has been laid; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| ICA prior records<br>Video of Ronald Lampert M.D. IME<br>KDBL 000278-402 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Email chain<br>MH1065-1067 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth; Partial Record – Plaintiffs identify a partial email string that is not a complete record and page 1067 has not been produced in this action. |
| Email<br>MH0968 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statement that could potentially be offered for their truth |

-26-

| Plaintiffs' Exhibit Description | Objection & Grounds |
|---|---|
| Email<br>MH0969 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |
| Email chain<br>MH1050-1051 | Lacks foundation (FRE 901) - Plaintiffs do not have a witness who can provide the foundation for admitting this document into evidence; Hearsay (FRE 801) - The document contains hearsay statements that could potentially be offered for their truth |

Dated:  April 14, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     _____
/s/ Justine Casey
JUSTINE CASEY
Attorneys for Defendant
COLORADO CASUALTY INSURANCE
COMPANY

SMRH:420825491.1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert J. Hommel
9304 East Raintree Drive
Suite 100
Scottsdale, Arizona  85260
  Attorney for Plaintiff

Justine Casey
Frank Falzetta
David Dworsky
Sheppard, Mullin, Richter & Hampton
333 South Hope Street, 43rd Floor
Los Angeles, California  90071
Attorneys for Defendants


/s/ David Dworsky

SMRH:420825491.1

COLORADO CASUALTY'S OBJECTIONS TO
PRE-TRIAL EXHIBIT DISCLOSURES